**No. 20-11622**

# UNITED STATES COURT OF APPEALS
# FOR THE ELEVENTH CIRCUIT

ANTHONY SWAIN, ALEN BLANCO, BAYARDO CRUZ, RONNIEL FLORES, WINFRED HILL, DEONDRE WILLIS, PETER BERNAL, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED,

*Plaintiffs-Appellees*,

*v.*

DANIEL JUNIOR, IN HIS OFFICIAL CAPACITY AS DIRECTOR OF THE MIAMI-DADE CORRECTIONS AND REHABILITATION DEPARTMENT, AND MIAMI-DADE COUNTY,

*Defendants-Appellants.*

Appeal from the United States District Court
for the Southern District of Florida,
No. 1:20-cv-21457 (Williams, J.)

### APPELLEES' NOTICE OF WITHDRAWAL OF PETITION FOR REHEARING OR REHEARING EN BANC

ALEC KARAKATSANIS
CIVIL RIGHTS CORPS
1601 Connecticut Avenue N.W.
Suite 800
Washington, D.C. 20009
(202) 681-2409
alec@civilrightscorps.org

DANIEL S. VOLCHOK
EMMA SIMSON
WILMER CUTLER PICKERING
  HALE AND DORR LLP
1875 Pennsylvania Avenue N.W.
Washington, D.C. 20006
(202) 663-6000
emma.simson@wilmerhale.com

September 28, 2020

- 1 -

Plaintiffs-appellees hereby withdraw their July 13, 2020 petition for rehearing or rehearing en banc in this appeal.

|  |  |
|---|---|
| ALEC KARAKATSANIS<br>CIVIL RIGHTS CORPS<br>1601 Connecticut Avenue N.W.<br>Suite 800<br>Washington, D.C. 20009<br>(202) 681-2409<br>alec@civilrightscorps.org | /s/ Emma Simson<br>DANIEL S. VOLCHOK<br>EMMA SIMSON<br>WILMER CUTLER PICKERING<br>  HALE AND DORR LLP<br>1875 Pennsylvania Avenue N.W.<br>Washington, D.C. 20006<br>(202) 663-6000<br>emma.simson@wilmerhale.com |

- 1 -

## CERTIFICATE OF SERVICE

On this 28th day of September, 2020, I filed the foregoing with the Court using the appellate CM/ECF system, which will serve counsel for all parties to this appeal.

/s/ Emma Simson
EMMA SIMSON